UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re:                                                         Case No. 15-22408- BEH
     DEBORAH ANN OLGUIN

                                                                                  Chapter 13 Bankruptcy Case
               Debtor

## CHAPTER 13 TRUSTEE'S CERTIFICATION OF COMPLETION
## OF PAYMENTS TO THE TRUSTEE

     The Trustee certifies that the Trustee has received all payments due to the Trustee under the plan in this case.

     This certificate does not ensure that the court will grant a discharge and close the case, as additional requirements apply. Debtors should consult with their bankruptcy attorney for assistance.

     No notice of final cure under Rule 3002.1(f) will be sent in this case because there is no claim holder that is required to receive such a notice.

     Respectfully submitted this 5th day of October 2020.

                                                        *Scott Lieske*
                                                        Scott Lieske
                                                        Chapter 13 Standing Trustee
                                                        P.O. Box 510920
                                                        Milwaukee, WI 53203
                                                        (414) 271-3943

cc: MILLER & MILLER (via CM/ECF only)
     DEBORAH ANN OLGUIN

15-22408 OLGUIN NOC

